Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Titanium Metals
Corporation and Precision Castparts Corp.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HUBERT M. MCINTOSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TITANIUM METALS CORPORATION, a foreign corporation; PRECISION CAST PARTS CORP dba TIMET; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01368-JAD-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Hubert M. McIntosh ("Plaintiff") and Defendants Titanium Metals Corporation and Precision Castparts Corp. (collectively, "Defendants") hereby stipulate to an extension of time up to and including September 4, 2018 in which to respond to Plaintiff's Complaint. A response to the Complaint is currently due August 20, 2018.

. . .

. . .

This is the first request for an extension of time to respond to the Complaint. This request is sought in good faith and not for purposes of delay. The parties are currently discussing the dismissal of Defendant Precision Castparts Corp., and Plaintiff's counsel needs time to consider this request and consult with her client.

DATED this 14th day of August, 2018.    DATED this 14th day of August, 2018.

THE THATER LAW GROUP, P.C.    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *M. Lani Esteban-Trinidad*    /s/ *Brian L. Bradford*

M. Lani Esteban-Trinidad    Suzanne L. Martin
Nevada Bar No. 6967    Nevada Bar No. 8833
7000 Smoke Ranch Rd., Suite C    Brian L. Bradford
Las Vegas, NV 89128    Nevada Bar No. 9518
*Attorneys for Plaintiff*    Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendants Titanium Metals Corporation and Precision Castparts Corp.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 16, 2018