Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Titanium Metals
Corporation and Precision Castparts Corp.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| HUBERT M. MCINTOSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TITANIUM METALS CORPORATION, a foreign corporation; PRECISION CAST PARTS CORP dba TIMET; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01368-JAD-CWH<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT PRECISION CASTPARTS CORP. WITHOUT PREJUDICE**<br><br>ECF No. 7 |

Plaintiff Hubert M. McIntosh ("Plaintiff"), by and through his attorneys of record, and Defendants Titanium Metals Corporation and Precision Castparts Corp. (collectively, "Defendants"), by and through their attorneys of record, hereby stipulate and agree that Precision Castparts Corp. shall be dismissed from the above-captioned action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

. . .

. . .

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500, 3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800

Each of the above parties shall bear their own fees and costs incurred herein.

DATED this 22nd day of August, 2018.

THE THATER LAW GROUP, P.C.

/s/ *M. Lani Esteban-Trinidad*

M. Lani Esteban-Trinidad
Nevada Bar No. 6967
7000 Smoke Ranch Rd., Suite C
Las Vegas, NV 89128
*Attorneys for Plaintiff*

DATED this 22nd day of August, 2018.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ *Brian L. Bradford*

Suzanne L. Martin
Nevada Bar No. 8833
Brian L. Bradford
Nevada Bar No. 9518
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendants Titanium Metals Corporation and Precision Castparts Corp.*

## ORDER

Based on the parties' stipulation **[ECF No. 7]** and good cause appearing, IT IS HEREBY ORDERED that **the claims against defendant Precision Castparts Corp. are DISMISSED without prejudice**, each party to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 23, 2018

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
WELLS FARGO TOWER
SUITE 1500, 3800 HOWARD HUGHES PARKWAY
LAS VEGAS, NV 89169
TELEPHONE: 702.369.6800