Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
Brian L. Bradford
Nevada Bar No. 9518
brian.bradford@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: 702.369.6800
Fax: 702.369.6888

*Attorneys for Defendants Titanium Metals Corporation*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HUBERT M. MCINTOSH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TITANIUM METALS CORPORATION, a foreign corporation; PRECISION CAST PARTS CORP dba TIMET; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-01368-JCM-CWH<br><br>**STIPULATION AND ORDER OF DISMISSAL OF CASE, WITH PREJUDICE** |

Defendant Titanium Metals Corporation ("Defendant") and Plaintiff Hubert M. McIntosh ("Plaintiff"), by and through their respective undersigned counsel, hereby stipulate that all claims Plaintiff had or may have had against Defendant, that are contained in, are reasonably related to, or could have been brought in the above-captioned action, are hereby dismissed, with prejudice, in their entirety.

. . .

. . .

Each party is to bear their own fees and costs.

| | |
|---|---|
| DATED this 10th day of December, 2018. | DATED this 10th day of December, 2018. |
| THE THATER LAW GROUP, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| /s/ *M. Lani Esteban-Trinidad* | /s/ *Brian L. Bradford* |
| M. Lani Esteban-Trinidad<br>Nevada Bar No. 6967<br>7000 Smoke Ranch Rd., Suite C<br>Las Vegas, NV 89128<br>*Attorneys for Plaintiff* | Suzanne L. Martin<br>Nevada Bar No. 8833<br>Brian L. Bradford<br>Nevada Bar No. 9518<br>Wells Fargo Tower<br>Suite 1500<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>*Attorneys for Defendant Titanium Metals Corporation* |

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: December 14, 2018

2